IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONNA LONG,

    Plaintiff,

v.

MARTIN O'MALLEY,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-36

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's February 21, 2024, Report and Recommendation, (doc. 14), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. For the reasons discussed by the Magistrate Judge, the Commissioner of Social Security's final decision is **REVERSED** and this matter is **REMANDED** to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g). The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED**, this 15th day of March, 2024.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA