AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

DONNA LONG,

       Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 4:23-cv-36

MARTIN O'MALLEY,

       Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 15, 2024, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. Therefore, the Commissioner of Social Security's final decision is reversed and this matter is remanded to the Social Security Administration for further proceedings under 42 U.S.C. § 405(g). This action stands closed.

Approved by: _[signature]_

March 19, 2024
Date

John E. Triplett, Clerk of Court
Clerk

_[signature: Jamie Hodge]_
(By) Deputy Clerk

GAS Rev 10/2020