IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DONNA LONG,

    Plaintiff,

  v.

MARTIN O'MALLEY,

    Defendant.

CIVIL ACTION NO.: 4:23-cv-36

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's June 7, 2024, Report and Recommendation, (doc. 19), to which no party has filed an objection. The Court **ADOPTS** the Report and Recommendation as its opinion. Plaintiff's Consent Motion for Attorney's Fees and Costs is **GRANTED**. (Doc. 18.) Plaintiff is awarded $6,758.39 in attorney's fees and $402 in costs. Upon the entry of this order, the Commissioner will determine whether Plaintiff owes a debt to the Government that qualifies under the Treasury Offset Program, 31 U.S.C. §§ 3711, 3716. If Plaintiff owes such a debt, the fee award will be applied towards that debt with any remaining funds remitted to Plaintiff. See Astrue v. Ratliff, 560 U.S. 586, 589 (2010). If Plaintiff has assigned her award of EAJA fees to counsel, the Government may, in its discretion, accept such assignment and pay the award directly to Plaintiff's counsel.

**SO ORDERED**, this 25th day of June, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA