**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**SAVANNAH DIVISION**

DONNA LONG,

      Plaintiff,

      v.

FRANK BISIGNANO,

      Defendant.

CIVIL ACTION NO.: 4:23-cv-36

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's January 27, 2026, Report and Recommendation, (doc. 22), to which no party has filed an objection.  Accordingly, the Court **ADOPTS** the Report and Recommendation as its opinion. (Doc. 22.)  Plaintiff's Motion for Attorney's Fees Under the Social Security Act 42 U.S.C. § 406(b) is **GRANTED**.  (Doc. 21.)  For the reasons explained in the Report and Recommendation, Plaintiff's counsel is awarded $15,294.79 in attorney's fees under 42 U.S.C. § 406(b).

**SO ORDERED**, this 18th day of February, 2026.

_____
R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA